Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16355−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bessie M. Smith
   794 South 11th Street
   Newark, NJ 07108

Social Security No.:
   xxx−xx−5374

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 4/24/17 and a confirmation hearing on such Plan has been scheduled for 10/11/17.

The debtor filed a Modified Plan on 10/10/17 and a confirmation hearing on the Modified Plan is scheduled for 11/8/17 at 9:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 12, 2017
JAN: wdh

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 17-16355-SLM
Bessie M. Smith                                                         Chapter 13
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2        Date Rcvd: Oct 12, 2017
                               Form ID: 186                Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db             +Bessie M. Smith,    794 South 11th Street,    Newark, NJ 07108-1302
516735698     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    201 Little Falls Dr,
                Wilmington, DE 19808)
516735700      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516735699      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
516735701      +City of Newark,    Tax Collector,    920 Broad Street,    Newark, NJ 07102-2696
516735702      +Court Officer,    Essex County Special Civil Part,    Historic Courthouse,
                470 Dr. Martin Luther King Jr. Blvd,    Newark, NJ 07102-1734
516735704      +Credit Service of Oregon,    400 International Way,    Springfield, OR 97477-7002
516735703      +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
516735706      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516735705      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                Syosset, NY 11791-4401
516846619      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516735707      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516735708      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516848367      +M&T Bank,    PO Box 1508,    Buffalo, N.Y. 14240-1508
516735712      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                Mount Laurel, NJ 08054-3437
516735717     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516735716      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516735718      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516839852       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516735719      +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2017 22:18:17      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2017 22:18:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516735697       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 12 2017 22:18:24      American Honda Finance,
                Po Box 168088,    Irving, TX 75016
516751265       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 12 2017 22:18:24
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
516735709       E-mail/Text: cio.bncmail@irs.gov Oct 12 2017 22:17:54      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516735710       E-mail/Text: camanagement@mtb.com Oct 12 2017 22:18:09      M & T Bank,   Attn: Bankruptcy,
                1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
516735711       E-mail/Text: camanagement@mtb.com Oct 12 2017 22:18:09      M & T Bank,   Po Box 7678,
                Buffalo, NY 14240
516956401      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 12 2017 22:18:15      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516735714       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 22:42:12
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516735713       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 22:27:47
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516988386       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 22:28:11
                Portfolio Recovery Associates, LLC,    c/o Metris,    POB 41067,    Norfolk VA 23541
516969398       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 22:28:11
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516735715       E-mail/Text: bankruptcy@pseg.com Oct 12 2017 22:17:39      PSE&G,   PO BOX 490,
                Cranford, NJ 07016-0490
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516784695*     +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Oct 12, 2017
                              Form ID: 186             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series
               2007-CH3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Bessie M. Smith info@tannelaw.com,    clerk@tannelaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```