UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtors**

In Re:
**Bessie M. Smith**

Order Filed on March 20, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  17-16355-SLM

Adv. No.:

Hearing Date: March 14, 2018

Judge: Stacey L. Meisel

**ORDER OF DISCHARGE OF LIEN OF PUBLIC SERVICE ELECTRIC & GAS COMPANY
PURSUANT TO 11 U.S.C. § 506(a)(1) & 506(d)**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: March 20, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
Debtor: Bessie M. Smith
Case No.: 17-16355-SLM
Caption of Order: Order of Discharge of Lien of Public Service Electric & Gas Company

Upon consideration of Debtor's motion to avoid the judgment lien of Public Service Electric & Gas Company, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

J-237023-15/L-003106-15 entered in the Superior Court of New Jersey in favor of Public Service Electric & Gas Company, on December 30, 2015, against Debtor on property located at 794 South 11th Street, Newark, NJ 07108, and more particularly described as Lot 37, Block 2651 on the official tax map of the City of Newark, County of Essex, State of New Jersey in the amount of $8,227.26; and it is

**FURTHER ORDERED** that Public Service Electric & Gas Company is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Public Service Electric & Gas Company fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Public Service Electric & Gas Company be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.