| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>**Attorney for Debtors** | |
| In Re:<br>**Bessie M. Smith** | Order Filed on March 22, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey<br><br>Case No.:  17-16355-SLM<br><br>Adv. No.:<br><br>Hearing Date: March 14, 2018<br><br>Judge: Stacey L. Meisel |

**ORDER OF DISCHARGE OF LIEN OF PORTFOLIO RECOVERY ASSOCIATES
PURSUANT TO 11 U.S.C. § 506(a)(1) & 506(d)**

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: March 22, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Bessie M. Smith
Case No.: 17-16355-SLM
Caption of Order: Order of Discharge of Lien of Portfolio Recovery Associates

Upon consideration of Debtor's motion to avoid the judgment lien of Portfolio Recovery Associates, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

DC-004008-16/VJ-010906-16 entered in the Superior Court of New Jersey in favor of Portfolio Recovery Associates, on October 31, 2016, against Debtor on property located at 794 South 11th Street, Newark, NJ 07108, and more particularly described as Lot 37, Block 2651 on the official tax map of the City of Newark, County of Essex, State of New Jersey in the amount of $4,413.56; and it is

**FURTHER ORDERED** that Portfolio Recovery Associates is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Portfolio Recovery Associates fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Portfolio Recovery Associates be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.