UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtors**

Order Filed on March 22, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:
**Bessie M. Smith**

Case No.: 17-16355-SLM

Adv. No.:

Hearing Date: March 14, 2018

Judge: Stacey L. Meisel

## ORDER OF DISCHARGE OF LIEN OF PORTFOLIO RECOVERY ASSOCIATES PURSUANT TO 11 U.S.C. § 506(a)(1) & 506(d)

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: March 22, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Debtor: Bessie M. Smith
Case No.: 17-16355-SLM
Caption of Order: Order of Discharge of Lien of Portfolio Recovery Associates

Upon consideration of Debtor's motion to avoid the judgment lien of Portfolio Recovery Associates, and the Court being satisfied that the Debtor is entitled to have the lien on record in the Superior Court of New Jersey avoided pursuant to 11 U.S.C. § 506(a)(1) & 506(d), it is hereby

**ORDERED** that upon successful completion of the instant Chapter 13 case, or discharge of a succeeding Chapter 7 case in the event of conversion under Title 11 of the United States Code, the Clerk of the Superior Court of New Jersey shall discharge the lien of the following Judgment heretofore entered against the Debtor:

DC-004008-16/VJ-010906-16 entered in the Superior Court of New Jersey in favor of Portfolio Recovery Associates, on October 31, 2016, against Debtor on property located at 794 South 11th Street, Newark, NJ 07108, and more particularly described as Lot 37, Block 2651 on the official tax map of the City of Newark, County of Essex, State of New Jersey in the amount of $4,413.56; and it is

**FURTHER ORDERED** that Portfolio Recovery Associates is directed forthwith to take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that should Portfolio Recovery Associates fail to release and remove the lien as ordered, the Debtor has the right to file same and take all steps necessary and appropriate to release the lien and remove it from the local Mortgage and Judgment indices; and it is

**FURTHER ORDERED** that the judgment lien of Portfolio Recovery Associates be paid as a general unsecured claim in accordance with the Chapter 13 Plan, if a timely proof of claim is filed.

United States Bankruptcy Court
District of New Jersey

In re:  
Bessie M. Smith  
    Debtor

Case No. 17-16355-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 22, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.  
db         +Bessie M. Smith,    794 South 11th Street,    Newark, NJ 07108-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
          J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series  
          2007-CH3 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE  
          COMPANY nj.bkecf@fedphe.com  
          Scott E. Tanne    on behalf of Debtor Bessie M. Smith info@tannelaw.com,   tanne.ecf.email@gmail.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 5