Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−16355−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bessie M. Smith
   794 South 11th Street
   Newark, NJ 07108

Social Security No.:
   xxx−xx−5374

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      6/19/18
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne, Debtor's Attorney,

COMMISSION OR FEES
$1,662.50

EXPENSES
$128.82

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 18, 2018
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16355-SLM
Bessie M. Smith                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: May 18, 2018
                               Form ID: 137             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
```
db             +Bessie M. Smith,    794 South 11th Street,    Newark, NJ 07108-1302
cr             +NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMP,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516735698     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                Wilmington, DE 19808)
517495922     ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
               (address filed with court: CHAMPION MORTGAGE COMPANY,     8950 CYPRESS WATERS BOULEVARD,
                COPPELL, TX 75019)
516735700      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516735699      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
517123405      +City of Newark,    Department of Water and Sewer Utilities,    C/O Law Department,
                920 Broad Street, Rm. 316,    Newark, NJ 07102-2609
516735701      +City of Newark,    Tax Collector,    920 Broad Street,    Newark, NJ 07102-2696
516735702      +Court Officer,    Essex County Special Civil Part,    Historic Courthouse,
                470 Dr. Martin Luther King Jr. Blvd,    Newark, NJ 07102-1734
516735703      +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
516735704      +Credit Service of Oregon,    400 International Way,    Springfield, OR 97477-7004
516735706      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516735705      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                Syosset, NY 11791-4401
516846619      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516735707      +Equifax,   PO BOX  740241,    Atlanta, GA 30374-0241
516735708      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516848367      +M&T Bank,    PO Box 1508,    Buffalo, N.Y. 14240-1508
516735712      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                Mount Laurel, NJ 08054-3437
516735717     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516735716      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516735718      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
516839852       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516735719      +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2018 00:03:52      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2018 00:03:49      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516735697       E-mail/Text: ebnbankruptcy@ahm.honda.com May 19 2018 00:04:01      American Honda Finance,
                Po Box 168088,    Irving, TX 75016
516751265       E-mail/Text: ebnbankruptcy@ahm.honda.com May 19 2018 00:04:01
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
516735709       E-mail/Text: cio.bncmail@irs.gov May 19 2018 00:03:26      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
516735710       E-mail/Text: camanagement@mtb.com May 19 2018 00:03:37      M & T Bank,   Attn: Bankruptcy,
                1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
516735711       E-mail/Text: camanagement@mtb.com May 19 2018 00:03:37      M & T Bank,   Po Box 7678,
                Buffalo, NY 14240
516956401      +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2018 00:03:48      MIDLAND FUNDING LLC,
                PO BOX 2011,   WARREN, MI 48090-2011
516735714       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:10:24
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516735713       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:11:16
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516988386       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:10:25
                Portfolio Recovery Associates, LLC,    c/o Metris,   POB 41067,    Norfolk VA 23541
516969398       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:12:09
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516735715       E-mail/Text: bankruptcy@pseg.com May 19 2018 00:03:03      PSE&G,   PO BOX 490,
                Cranford, NJ 07016-0490
                                                                                               TOTAL: 13
```

```
District/off: 0312-2           User: admin                 Page 2 of 2              Date Rcvd: May 18, 2018
                               Form ID: 137                Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517495923*    ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
                (address filed with court:   CHAMPION MORTGAGE COMPANY,    8950 CYPRESS WATERS BOULEVARD,
                  COPPELL, TX 75019)
516784695*    +Wells Fargo Home Mortgage,    1 Home Campus,   Des Moines, IA 50328-0001
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMPANY
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series
               2007-CH3 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE
               COMPANY nj.bkecf@fedphe.com
              Scott E. Tanne    on behalf of Debtor Bessie M. Smith info@tannelaw.com,    tanne.ecf.email@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6
```