UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-16355-SLM |
| Bessie M. Smith | Chapter: | 13 |
| | Judge: | Meisel |

## NOTICE OF PROPOSED PRIVATE SALE

__Bessie M. Smith__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeannie A. Naughton, Clerk
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __October 23, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __MLK, Jr. Fed. Bldg. 50 Walnut Street, Newark, NJ 07102__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 139-141 Pomona Ave, Newark, NJ 07114

Proposed Purchaser: Venus Lucas and Kevin Lucas

Sale price: $77,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Arielle Holmes | Karen Bowers, Esq. |
| Amount to be paid: | $4,620.00 | $1,856.00 |
| Services rendered: | Real Estate Broker Sales Person (application to retain to be filed) | Special Counsel, Real Estate Closing Attorney (application to retain to be filed) |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Scott E. Tanne, Esq.

Address: 4 Chatham Road, Summit, NJ 07901

Telephone No.: (973) 701-1776

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 17-16355-SLM
Bessie M. Smith                                                    Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Oct 02, 2019
                              Form ID: pdf905              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Bessie M. Smith,    794 South 11th Street,    Newark, NJ 07108-1302
cr             +NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMP,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
516735698     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
517495922     ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
               (address filed with court:   CHAMPION MORTGAGE COMPANY,     8950 CYPRESS WATERS BOULEVARD,
                 COPPELL, TX 75019)
516735700      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516735699      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
516735701      +City of Newark,    Tax Collector,   920 Broad Street,    Newark, NJ 07102-2696
517123405      +City of Newark,    Department of Water and Sewer Utilities,    C/O Law Department,
                 920 Broad Street, Rm. 316,    Newark, NJ 07102-2609
516735702      +Court Officer,   Essex County Special Civil Part,    Historic Courthouse,
                 470 Dr. Martin Luther King Jr. Blvd,    Newark, NJ 07102-1734
516735703      +Credit Service of Oregon,    Po Box 1208,    Roseburg, OR 97470-0306
516735704      +Credit Service of Oregon,    400 International Way,    Springfield, OR 97477-7004
516735706     #+Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
516735705      +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike    Ste 113e,
                 Syosset, NY 11791-4401
516846619      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516735707      +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
516735708      +Experian,   PO BOX 9701,    Allen, TX 75013-9701
516848367      +M&T Bank,   PO Box 1508,    Buffalo, N.Y. 14240-1508
516735712      +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516735717     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516735716      +Specialized Loan Servicing/SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516735718      +Trans Union,   PO BOX 2000,    Chester, PA 19016-2000
516839852       Wells Fargo Bank, N.A., as servicer,    Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,    Eagan, MN 55121-7700
516735719      +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516735697       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 03 2019 00:29:36      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516751265       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 03 2019 00:29:36
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
516735709       E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 00:28:38      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516735710       E-mail/Text: camanagement@mtb.com Oct 03 2019 00:28:53      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
516735711       E-mail/Text: camanagement@mtb.com Oct 03 2019 00:28:53      M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
516956401      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 03 2019 00:29:20      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
516735714       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 00:33:00
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516735713       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 00:31:21
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516988386       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 00:31:20
                 Portfolio Recovery Associates, LLC,    c/o Metris,   POB 41067,    Norfolk VA 23541
516969398       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 00:31:20
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516735715       E-mail/Text: bankruptcy@pseg.com Oct 03 2019 00:28:18      PSE&G,    PO BOX 490,
                 Cranford, NJ 07016-0490
                                                                                              TOTAL: 13
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2019
                              Form ID: pdf905          Total Noticed: 36
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517495923*    ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
               (address filed with court:   CHAMPION MORTGAGE COMPANY,    8950 CYPRESS WATERS BOULEVARD,
               COPPELL, TX 75019)
516784695*    +Wells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMPANY
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series
           2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE
           COMPANY nj.bkecf@fedphe.com
          Scott E. Tanne    on behalf of Debtor Bessie M. Smith ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```