| | |
|---|---|
| VILNA WALDRON GASTON, ESQ.<br>PSEG<br>LAW DEPARTMENT<br>P.O. Box 570, T-5D<br>80 Park Plaza<br>Newark, NJ 07102<br>Telephone: (973) 430-3856<br>Email: vilna.gaston@pseg.com<br>Attorney Id No. 039501990<br>Attorney for PSE&G | |
| In the Matter of:<br><br>**Bessie M. Smith**<br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No. 17-16355-SLM**<br><br>**Chapter 13** |

**OBJECTION TO MOTION TO AVOID LIENS OF PUBLICE SERVICE ELECTRIC & GAS COMPANY AND PORTFOLIO RECOVERY ASSOCIATES PURSUANT TO 11 U.S.C. § 506(a)(1) & 506(d) AND RECLASSIFYING CLAIMS FROM SECURED TO COMPLETELY UNSECURED**

**NOW COMES** Creditor PSE&G Company to object to the Motion to Avoid Liens proposed by debtor for the following reasons:

1. PSE&G judgment filed on October 31, 2016 has priority over the first mortgage that was dated May 24, 2017;

2. The amount of the PSE&G judgment can be fully funded from the value of the Debtor's property;

3. As such, PSE&G judgment lien is fully secured by the existing real estate value.

**WHEREFORE**, PSE&G Company moves the Court to deny Debtor's Motion to Avoid Liens.

/s/ Vilna Waldron Gaston
Vilna Waldron Gaston

| | |
|---|---|
| VILNA WALDRON GASTON, ESQ.<br>PSEG<br>LAW DEPARTMENT<br>P.O. Box 570, T-5D<br>80 Park Plaza<br>Newark, NJ 07102<br>Telephone: (973) 430-3856<br>Email: vilna.gaston@pseg.com<br>Attorney Id No. 039501990<br>Attorney for PSE&G | |
| In the Matter of:<br><br>**Bessie M. Smith**<br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Case No. 17-16355-SLM**<br><br>**Chapter 13** |

## **CERTIFICATE OF SERVICE**

1. I, Robert Gardinor, am the paralegal for Vilna Waldron Gaston, who represents, PSE&G Company in this matter.

2. On October 22, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    i. Objection to Debtor's Motion to Avoid Liens

    ii. Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 22, 2019        /s/ Robert Gardinor _____
                              Signature