Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−16355−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bessie M. Smith
   794 South 11th Street
   Newark, NJ 07108

Social Security No.:
   xxx−xx−5374

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 6, 2021
JAN: wdh

                                                                Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-16355-SLM
Bessie M. Smith                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                                    Page 1 of 3
Date Rcvd: May 06, 2021                          Form ID: cscnodsc                              Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Bessie M. Smith, 794 South 11th Street, Newark, NJ 07108-1302 |
| cr | + | NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMP, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Public Service Electric and Gas, PSEG-Law Department, 80 Park Plaza, Newark, NJ 07102, US 07102-4109 |
| 516735698 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 517495922 | ++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093 address filed with court:, CHAMPION MORTGAGE COMPANY, 8950 CYPRESS WATERS BOULEVARD, COPPELL, TX 75019 |
| 517123405 | + | City of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 516735701 | + | City of Newark, Tax Collector, 920 Broad Street, Newark, NJ 07102-2696 |
| 516735702 | + | Court Officer, Essex County Special Civil Part, Historic Courthouse, 470 Dr. Martin Luther King Jr. Blvd, Newark, NJ 07102-1734 |
| 516735703 | + | Credit Service of Oregon, Po Box 1208, Roseburg, OR 97470-0306 |
| 516735704 | + | Credit Service of Oregon, 400 International Way, Springfield, OR 97477-7004 |
| 516735705 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 516846619 | + | Deutsche Bank National Trust Co., Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516735707 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516735708 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516848367 | + | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 516735712 | + | Phelan Hallinan & Diamond, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516735717 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516735716 | + | Specialized Loan Servicing/SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516735718 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 516839852 | | Wells Fargo Bank, N.A., as servicer, Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-7700 |
| 516735719 | + | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516735697 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 06 2021 20:46:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516751265 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 06 2021 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 516735700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  | May 06 2021 22:17:38 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| --- | --- | --- | --- | --- |
| 516735699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2021 22:16:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516735709 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2021 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516735710 |  | Email/Text: camanagement@mtb.com | May 06 2021 20:46:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 516735711 |  | Email/Text: camanagement@mtb.com | May 06 2021 20:46:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 516956401 | + | Email/Text: bankruptcydpt@mcmcg.com | May 06 2021 20:46:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516735714 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2021 22:17:37 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516735713 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2021 22:14:53 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 516988386 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2021 22:14:54 | Portfolio Recovery Associates, LLC, c/o Metris, POB 41067, Norfolk VA 23541 |
| 516969398 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 06 2021 22:17:37 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519137931 | + | Email/Text: bankruptcy@pseg.com | May 06 2021 20:45:00 | PSE&G, Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 516735715 |  | Email/Text: bankruptcy@pseg.com | May 06 2021 20:45:00 | PSE&G, PO BOX 490, Cranford, NJ 07016-0490 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517495923 | *P++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093, address filed with court:, CHAMPION MORTGAGE COMPANY, 8950 CYPRESS WATERS BOULEVARD, COPPELL, TX 75019 |
| 516784695 | *+ | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |
| 516735706 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: May 06, 2021 | Form ID: cscnodsc | Total Noticed: 37

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Bessie M. Smith ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vilna Waldron Gaston | on behalf of Creditor Public Service Electric and Gas vilna.gaston@pseg.com |

TOTAL: 8