UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 30, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:
Bessie M. Smith,

Debtor.

Case No.: 17-16355

Chapter: 13

Hearing Date: 7/28/21

Judge: Stacey L. Meisel

# ORDER GRANTING MOTION TO REOPEN CASE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: July 30, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having reviewed the debtor's Motion to Reopen Case to File Certification About a Financial Management Course, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certification About a Financial Management Course* (if this is a joint case, each debtor must file a separate Certification).

3. The debtor's discharge shall be entered upon the filing of the *Certification About a Financial Management Course.*

4. If the debtor(s) fails to file the *Certification About a Financial Management Course* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-16355-SLM

Bessie M. Smith  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bessie M. Smith, 794 South 11th Street, Newark, NJ 07108-1302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 30, 2021 | Form ID: pdf903 | Total Noticed: 1

Scott E. Tanne
          on behalf of Debtor Bessie M. Smith ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

Vilna Waldron Gaston
          on behalf of Creditor Public Service Electric and Gas vilna.gaston@pseg.com

TOTAL: 8