**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bessie M. Smith<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5374<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–16355–SLM | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bessie M. Smith

<u>8/9/21</u>                                                                               **By the court:** <u>Stacey L. Meisel</u>
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 17-16355-SLM
Bessie M. Smith                                                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                User: admin                                Page 1 of 3
Date Rcvd: Aug 09, 2021                   Form ID: 3180W                   Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bessie M. Smith, 794 South 11th Street, Newark, NJ 07108-1302 |
| cr | + | NATIONSTAR MORTGAGE LLC DBA CHAMPION MORTGAGE COMP, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Public Service Electric and Gas, PSEG-Law Department, 80 Park Plaza, Newark, NJ 07102, US 07102-4109 |
| 517495922 | ++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093 address filed with court:, CHAMPION MORTGAGE COMPANY, 8950 CYPRESS WATERS BOULEVARD, COPPELL, TX 75019 |
| 517123405 | + | City of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Rm. 316, Newark, NJ 07102-2609 |
| 516735701 | + | City of Newark, Tax Collector, 920 Broad Street, Newark, NJ 07102-2696 |
| 516735702 | + | Court Officer, Essex County Special Civil Part, Historic Courthouse, 470 Dr. Martin Luther King Jr. Blvd, Newark, NJ 07102-1734 |
| 516735703 | + | Credit Service of Oregon, Po Box 1208, Roseburg, OR 97470-0306 |
| 516735704 | + | Credit Service of Oregon, 400 International Way, Springfield, OR 97477-7004 |
| 516735705 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 516846619 | + | Deutsche Bank National Trust Co., Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516735707 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 516735708 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 516848367 | + | M&T Bank, PO Box 1508, Buffalo, N.Y. 14240-1508 |
| 516735712 | + | Phelan Hallinan & Diamond, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516735717 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516735716 | + | Specialized Loan Servicing/SLS, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516735718 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516735698 | | EDI: WFFC.COM | Aug 10 2021 00:18:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516735697 | | EDI: HNDA.COM | Aug 10 2021 00:18:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516751265 | | EDI: HNDA.COM | Aug 10 2021 00:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 516735700 | + | EDI: CITICORP.COM | Aug 10 2021 00:18:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |

Case 17-16355-SLM    Doc 84    Filed 08/11/21    Entered 08/12/21 00:12:02    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 09, 2021 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516735699 | + | EDI: CITICORP.COM | Aug 10 2021 00:18:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516735709 | | EDI: IRS.COM | Aug 10 2021 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516735710 | | Email/Text: camanagement@mtb.com | Aug 09 2021 20:17:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 516735711 | | Email/Text: camanagement@mtb.com | Aug 09 2021 20:17:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 516956401 | + | EDI: MID8.COM | Aug 10 2021 00:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516735714 | | EDI: PRA.COM | Aug 10 2021 00:18:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 516735713 | | EDI: PRA.COM | Aug 10 2021 00:18:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 516988386 | | EDI: PRA.COM | Aug 10 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Metris, POB 41067, Norfolk VA 23541 |
| 516969398 | | EDI: PRA.COM | Aug 10 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 519137931 | + | Email/Text: bankruptcy@pseg.com | Aug 09 2021 20:17:00 | PSE&G, Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 516735715 | | Email/Text: bankruptcy@pseg.com | Aug 09 2021 20:17:00 | PSE&G, PO BOX 490, Cranford, NJ 07016-0490 |
| 516839852 | + | EDI: WFFC.COM | Aug 10 2021 00:18:00 | Wells Fargo Bank, N.A., as servicer, Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-1663 |
| 516735719 | + | EDI: WFFC.COM | Aug 10 2021 00:18:00 | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517495923 | *P++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093, address filed with court:, CHAMPION MORTGAGE COMPANY, 8950 CYPRESS WATERS BOULEVARD, COPPELL, TX 75019 |
| 516784695 | *+ | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |
| 516735706 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021           Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for J.P. Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott E. Tanne | on behalf of Debtor Bessie M. Smith ecf@tannelaw.com tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vilna Waldron Gaston | on behalf of Creditor Public Service Electric and Gas vilna.gaston@pseg.com |

TOTAL: 8